IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**AARON LOOPER**                                                                           **PLAINTIFF**

v.                             Civil No.: 6:10-cv-06037

**SHERIFF LARRY SANDERS** *et al.*                                       **DEFENDANTS**

## J U D G M E N T

For the reasons recited in a Memorandum Order and Opinion of the same date, Judgment is hereby entered in favor of Defendants and Plaintiff's Complaint, ECF No. 1, is hereby **dismissed with prejudice**.

**IT IS SO ORDERED** this **22nd day of August 2011**.

                                                                          /s/ Barry A. Bryant
                                                                          HON. BARRY A. BRYANT
                                                                          U.S. MAGISTRATE JUDGE